# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 mj 79

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| VIOLET McKINNEY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** came on before the undersigned pursuant to a Motion for Continued Release and Request for Detention Hearing (#21). This motion was heard before the undersigned on October 12, 2016 and Defendant was released on terms and conditions of pretrial release (#22) & (#23).

# ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion for Continued Release and Request for Detention Hearing (#21) is **ALLOWED** and Defendant is released on terms and conditions of pretrial release as set forth in documents (#22) & (#23).

Signed: November 1, 2016

Dennis L. Howell
United States Magistrate Judge

1